IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02096-PAB-CBS

CROCS, INC., a Delaware corporation,
    Plaintiff,
v.

CVS CAREMARK CORP., a Delaware corporation,
    Defendant.
_____

ORDER TO CONSOLIDATE CASES
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the parties' "Joint Motion to Consolidate." Pursuant to the Order Referring Case filed on October 11, 2012 (Doc. # 13) and the memorandum dated November 28, 2012 (Doc. # 25), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the matters discussed at the hearing held on November 27, 2012 and is sufficiently advised in the premises.

    The parties seek to consolidate this civil action with Civil Action No. 06-cv-00605-PAB-BNB, CROCS, INC. v. CHENG'S ENTERPRISES, INC., EFFERVESCENT, INC., HOLEY SOLES HOLDINGS, LTD., DOUBLE DIAMOND DISTRIBUTION, LTD., and U.S.A. DAWGS, INC. Because these civil actions involve common questions of law and fact, the court concludes that consolidation is appropriate and in the best interests of judicial efficiency. Accordingly, IT IS ORDERED that:

    1.    The parties' "Joint Motion to Consolidate" (filed November 16, 2012) (Doc. # 19) is GRANTED.

    2.    This civil action is hereby consolidated with Civil Action No. 06-cv-00605-PAB-BNB, CROCS, INC. v. CHENG'S ENTERPRISES, INC., EFFERVESCENT, INC., HOLEY

1

SOLES HOLDINGS, LTD., DOUBLE DIAMOND DISTRIBUTION, LTD., and U.S.A. DAWGS, INC., for all purposes.

 3. As Civil Action No. 06-cv-00605-PAB-BNB is currently administratively closed, this civil action is also administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause shown.

 4. All further filings shall be submitted under the caption "Civil Action No. 06-cv-00605-PAB-BNB (consolidated with Civil Action No. 12-cv-02096-PAB)."

DATED at Denver, Colorado, this 29th day of November, 2012.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge